# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GLORIA LORD and
ANTIQUAN BYRD,

      Plaintiffs,

v.                                                                    Case No.  8:11-cv-2615-T-30TBM

HESS CORPORATION,

      Defendant.

_____/

## ORDER OF DISMISSAL

Before the Court is the Defendant's Unopposed Motion to Dismiss (Dkt. #4).  Upon

review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     Defendant's Unopposed Motion to Dismiss (Dkt. #4) is GRANTED.

2.     This cause is dismissed.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 13, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2615.dismiss 4.wpd